IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:17-CV-060-MR-DCK

| | |
|---|---|
| J.E., by and through his Guardian Ad Litem, ROBERT ELLIOTT and WENDY ELLIOTT, and ROBERT ELLIOTT and WENDY ELLIOTT, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>SUGAR MOUNTAIN RESORT, INC.,<br><br>Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 17) filed by John Cloninger, concerning Christopher P. Koupal on June 28, 2017. Mr. Christopher P. Koupal seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 17) is **GRANTED.** Mr. Christopher P. Koupal is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: June 29, 2017

David C. Keesler
United States Magistrate Judge